# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**NATHANAEL DOUGALL**<br>DOB: 1980; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**18-02088MJ** |

Complaint for violation of Title 18, United States Code §§ 2252(a)(2) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about October 8, 2018, in the District of Arizona, the defendant, **NATHANAEL DOUGALL**, using any means or facility of interstate or foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, and pre-pubescent minors, which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise, including, but not limited to, one video compilation depicting adult males engaging in sexually explicit conduct with multiple prepubescent female children.

All in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1)

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

Between September 20, 2018 and October 8, 2018, an undercover detective (UC) in North Carolina was a member of several private chat groups within an online messaging application frequently used for trading sexually explicit images and videos. During that period, the UC observed an individual using an identifier of "towerclimber80" posting, in two different private messaging groups, multiple sexually explicit images and videos depicting pre-pubescent children engaged in sexually explicit conduct with adults. The UC recorded this content. One video posted by "towerclimber80" was file "(IMG_1332)" which was posted on October 8, 2018, in a group called "Fun Times," and depicts a compilation of numerous videos of adult males ejaculating into the mouth and onto/within the genitals of prepubescent females.

Beginning on September 24, 2018, after "towerclimber80" asked if anyone wanted to be "part of another young group," "towerclimber80" added the UC to another group, and began to engage in private message conversation with the UC, who pretended to be a 14 year-old female. During conversations between September 24, 2018 and October 10, 2018, "towerclimber80" requested "dirty" pictures of the UC, repeatedly turned the topic to sexual conduct, sent images of his erect penis, and asked the UC to masturbate for him. He also sent pictures he represented to be of himself, dressed in firefighting gear, to the UC, and told her he was a firefighter.

CONTINUED ON THE REVERSE SIDE

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Nathaniel Walters **NJW** | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>Special Agent Keith Olson |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>November 9, 2018 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

**BASIS OF COMPLAINT'S CHARGE CONT'D:**

Results of an administrative subpoena to the provider of the above-referenced messaging application included the email address provided by "towerclimber80" during account formation, along with access logs including IP addresses and port numbers used by "towerclimber80" between September 20, 2018 and October 10, 2018. Subpoenas to Verizon wireless for the IP and Port assignment for dates when child pornography had been posted by "towerclimber80" returned a phone number which is subscribed to by **NATHANAEL DOUGALL** in Vail, Arizona. Subpoenas to Centurylink for subscriber information associated with over 180 log-ins to a particular IP address used by "towerclimber80" between October 3, 2018 and October 8, 2018 returned the same subscriber, **NATHANAEL DOUGALL**, at the same Vail address. Open source research on **NATHANEAL DOUGALL** confirmed that the individual pictured in the images sent to the UC during private messages is the same individual pictured, by that name, on a webpage for the Green Valley Fire District in Arizona.

On November 8, 2018, a federal search warrant was executed for computers and computing devices in **DOUGALL**'s possession and at **DOUGALL**'s Vail address. The phone seized from **DOUGALL** used the same number that Verizon associated with the IP records received from the subject messaging application, and the phone contained artifacts from that application, as well as numerous images depicting child pornography.