MICHAEL BAILEY
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: carin.duryee@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR18-02526-JAS-JR |
|---|---|
| Plaintiff, | GOVERNMENT'S FIRST MOTION TO CONTINUE SENTENCING |
| vs. | (Unopposed) |
| Nathanael Edwin Dougall, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby moves this Court to continue the sentencing date for a period of at least 30 days from the current date of September 22, 2020 at 3:30 pm. The reason for this continuance is that the undersigned Assistant U. S. Attorney, Carin Duryee, will be on leave and unavailable on the date of the sentencing as currently scheduled.

Defense counsel has been advised of this motion and has no objection. Defense also agrees that the time shall be excluded under the Speedy Trial Act.

Respectfully submitted this 15th day of September, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Carin C. Duryee*

CARIN C. DURYEE
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 15th day of September, 2020, to:

Joshua Fisher Hamilton, Esq.

Michael Jay Bloom, Esq.